Ivy Lee WHITT, Appellant,

v.

Edward J. DERWINSKI, Secretary of Veterans Affairs, Appellee.

No. 89–16.

United States Court of Veterans Appeals.

Sept. 2, 1992.

Before KRAMER, Associate Judge.

## ORDER

On July 31, 1992, acting upon a motion by the Secretary of Veterans Affairs, the United States Court of Appeals for the Federal Circuit remanded this case to the Court with instruction to dismiss the appeal for lack of jurisdiction. *See Whitt v. Derwinski*, 979 F.2d 215 (Table) (Fed.Cir.1992). Pursuant to this instruction, it is

ORDERED that this appeal is dismissed for lack of jurisdiction.